AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-cv-00409

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Sean O'Connor, Rikki O'Connor DBA Tiki 2 of Cincinnati
was received by me on *(date)* 6-13-2018 3:00 pm.

☑ I personally served the summons on the individual at *(place)* Blue Note 9660 Dry Fork Road Harrison, OH 45030 on *(date)* 6-16-2018 635PM; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 6-16-2018

Aaron J Grimes
*Server's signature*

Aaron J Grimes  Process Server
*Printed name and title*

644 Linn St #700 Cincinnati OH 45203
*Server's address*

Additional information regarding attempted service, etc: